DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN D. MARSHALL,**
Appellant,

v.

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
JEFF CATO, JARED SMOKE, KEVIN SNYDER, ERIC FARRONE,
JOSEPH BARONE, PETER LANE, GEICO, GENERAL INSURANCE
COMPANY, LESLIE STEIN** and **MARCUS STEIN,**
Appellees.

No. 4D19-2244

[February 6, 2020]

Appeal of a nonfinal appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE 17-16645 (21).

John D. Marshall, Lighthouse Point, pro se.

Jacqueline G. Emanuel and Thomas G. Guzda of Knoerr & Emanuel, P.A., for appellees Allstate Fire and Casualty Insurance Company and Kevin Snyder.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***